176 So. 918

**Nellie WALLACE v. STATE.**

**8 Div. 821.**

Supreme Court of Alabama.

Oct. 7, 1937.

Fred S. Parnell, of Florence, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.

Petition of Nellie Wallace for certiorari to the Court of Appeals, to review and revise the judgment and decision of that court in the case of Wallace v. State, 176 So. 926.

Writ denied.

ANDERSON, C. J., and GARDNER, THOMAS, and BOULDIN, JJ., concur.

177 So. 916

**Jesse WRIGHT v. STATE.**

**2 Div. 100.**

Supreme Court of Alabama.

Nov. 26, 1937.

PER CURIAM.

Appeal dismissed.